IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., Cyclone Drilling, Inc., Plaster & Wald Consulting Corp., M-I, LLC, Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Travelers Property Casualty Company of America, and Torus Specialty Insurance Company, | ) ) ) ) ) ) ) ) | |
| | ) | Case No. 4:12-cv-121 |
| Defendants. | ) | |

Before the court is the plaintiff's Motion for attorney Walter J. Andrews to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Walter J. Andrews has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 5) is **GRANTED**. Attorney Walter J. Andrews is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge