# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., et. al., | ) | |
| | ) | Case No. 4:12-cv-121 |
| Defendants. | ) | |

Before the court are motions for attorneys William D. Perrine and Reagan L. Madison to appear *pro hac vice* on behalf National Union Fire Insurance Company of Pittsburgh, PA. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys William D. Perrine and Reagan L. Madison have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 43 and 44) are **GRANTED**. Attorneys William D. Perrine and Reagan L. Madison are admitted to practice before this court in the above-entitled action on behalf of National Union Fire Insurance Company of Pittsburgh, PA.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge