# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources Inc.; Cyclone Drilling, Inc.; Plaster & Wald Consulting Corp.; M-I, LLC; Zurich American Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Travelers Property Casualty Company of America; and Torus Specialty Insurance Company, | ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 4:12-cv-121 |
| Defendants. | ) | |

Before the court is Defendant M-I, LLC's Motion for attorney Steven J. Adams to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Steven J. Adams has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, Defendant's motion (Docket No. 61) is **GRANTED**. Attorney Steven J. Adams is admitted to practice before this court in the above-entitled action on behalf of Defendant M-I, LLC.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2012.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge