# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., et al., | ) | |
| | ) | Case No. 4:12-cv-121 |
| Defendants. | ) | |

Before the court are Defendant Torus Specialty Insurance Company's Motions for attorneys Thomas C. Wright, Joseph Andrew Love, and Henry S. Platts to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Thomas C. Wright, Joseph Andrew Love, and Henry S. Platts have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Defendant Torus Specialty Insurance Company's motions (Docket Nos. 67-69 ) are **GRANTED**. Attorneys Thomas C. Wright, Joseph Andrew Love, and Henry S. Platts are admitted to practice before this court in the above-entitled action on behalf of Defendant Torus Specialty Insurance Company.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge