**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources Inc, et. al., | ) | |
| | ) | Case No. 4:12-cv-121 |
| Defendants. | ) | |

Before the court are motions for attorneys Gary S. Chilton and Heidi J. Long to appear *pro hac vice* on behalf of Defendant Continental Resources, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Gary S. Chilton and Heidi J. Long have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 72 and 73) are **GRANTED**. Attorneys Gary S. Chilton and Heidi J. Long are admitted to practice before this court in the above-entitled action on behalf of Defendant Continental Resources, Inc.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge