**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., Cyclone | ) | |
| Drilling, Inc., Plaster & Wald Consulting | ) | |
| Corp., M-I, LLC, Zurich American | ) | |
| Insurance Company, National Union Fire | ) | |
| Insurance Company of Pittsburgh, PA, | ) | |
| Travelers Property Casualty Company of | ) | |
| America, and Torus Specialty Insurance | ) | Case No. 4:12-cv-121 |
| Company, | ) | |
| | ) | |
| Defendants. | ) | |

On July 25, 2013, the court held a telephonic status conference to discuss whether the parties were on track to complete the discovery and briefing outlined in the initial scheduling order. Pursuant to the discussion at the telephone conference, the court **AMENDS** the initial scheduling order (Docket No. 117) at follows:

1. Discovery shall initially be limited to the following three issues:

   a. Whether the insurance and indemnity provisions of the Cyclone MSC applied to the work that was taking place at the time of the underlying accident in this case, including whether these provisions were superseded, all or in part, by the "Drilling Contract."

   b. The amount of insurance that Cyclone was contractually obligated to provide Continental with respect to the work at the site where the accident occurred.

1

      c.      Whether P&W was "a consultant" within the meaning of the indemnity provisions in the Drilling Contract.

2. Discovery on the three issues identified in paragraph one shall be completed on or before **September 30, 2013**.

3. The parties taking a position on any of the three issues identified in paragraph one shall file simultaneous briefs on or before **October 31, 2013**, that set forth their positions and arguments for the same. Simultaneous reply briefs are due on or before **November 22, 2013**.

**IT IS SO ORDERED**

Dated this 26th day of July, 2013.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge