**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., Cyclone | ) | |
| Drilling, Inc., Plaster & Wald Consulting | ) | |
| Corp., Torus Specialty Insurance Company, | ) | |
| M-I, LLC, Zurich American Insurance | ) | |
| Company, National Union Fire Insurance | ) | Case No. 4:12-cv-121 |
| Company of Pittsburgh, PA, and Travelers | ) | |
| Property Casualty Company of America, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned shall conduct a status/scheduling conference with the parties in the above-captioned action by telephone on March 6, 2014, at 10:00 a.m.  Anyone wanting to participate in the conference should call the following telephone number and enter the following access code:

Telephone No.: (877)-848-7030
Access Code:  9768929

**IT IS SO ORDERED.**

Dated this 14th day of February, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court