**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Star Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Continental Resources, Inc., Cyclone ) | |
| Drilling, Inc., Plaster & Wald Consulting ) | |
| Corp., Torus Specialty Insurance Company, ) | |
| M-I, LLC, Zurich American Insurance ) | |
| Company, National Union Fire Insurance ) | Case No. 4:12-cv-121 |
| Company of Pittsburgh, PA, and Travelers ) | |
| Property Casualty Company of America, ) | |
| ) | |
| Defendants. ) | |

The status conference set for March 6, 2014, shall be rescheduled for March 21, 2014, at 10:00 a.m. Anyone wanting to participate in the conference should call the following telephone number and enter the following access code:

Telephone No.: (877)-848-7030

Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 24th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court