# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Star Insurance Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Continental Resources, Inc., Cyclone Drilling, Inc., Plaster & Wald Consulting Corp., Torus Specialty Insurance Company, M-I, LLC, Zurich American Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and Travelers Property Casualty Company of America, | ) ) ) ) ) ) ) Case No. 4:12-cv-121 ) |
| Defendants. | ) |

On January 23, 2014, the court issued an order granting: (1) Motions for Partial Summary Judgment filed by Defendants Continental Resources, Inc. and Torus Specialty Insurance; and (2) partial summary judgment as to issues framed in its April 19, 2013, order.

On March 21, 2014, the court held a conference with the parties by telephone to discuss the status of this case. Based upon its discussions with the parties, the court concluded that, before engaging in any discovery, the parties should attempt to resolve by motion those issues where there are no material facts in dispute. Consequently, the court **ORDERS** that the parties shall adhere to the following briefing schedule for resolving all remaining claims with the exception of Continental's counterclaim for bad faith:

(1) The parties shall file their motions and supporting briefs with the court by July 1, 2014;

(2) the opposing parties shall have until August 1, 2014, to file responses to these

1

motions; and

(3) replies to the opposing parties' responses shall be filed on or before August 20, 2014.

Discovery shall be stayed until the court has ruled on all of the motions to be filed.

Dated this 21st day of March, 2014.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court