**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Star Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., et. al., | ) | Case No. 4:12-cv-121 |
| | ) | |
| Defendants. | ) | |

The undersigned shall conduct a status conference by telephone with the parties in the above-entitled action on October 26, 2015, at 10:00 AM CDT. Participants to the conference should call the following number and enter the access code:

Tel. No.: (877) 848-7030

Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 15th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court